1502

ror coram nobis denied. Present—Scudder, P.J., Smith, Peradotto, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. CAHILL, III, Appellant. [967 NYS2d 864]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Fahey, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND CLAIR CIMINO, Appellant. [967 NYS2d 864]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra and Fahey, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DION MAXWELL, Appellant. [967 NYS2d 864]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni, Lindley and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE J. SINGLETON, Appellant. [867 NYS2d 864]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE BROWN, Appellant. (Appeal No. 1.) [967 NYS2d 864]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey and Carni, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE M. BROWN, Appellant. (Appeal No. 2.) [967 NYS2d 864]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey and Carni, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER MONROE, Also Known as LUV, Appellant. [967 NYS2d 864]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Carni, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN PEREZ, Appellant. [967 NYS2d 864]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE L. SCOTT, Also Known as ANDRE SCOTT, Appellant. [967 NYS2d 864]—Motion for reargument denied. Present—Smith, J.P., Centra, Fahey and Lindley, JJ.

■ In the Matter of WILLIAM B. JOHNSTON, Petitioner-Respondent, v GALEN D. KIRKLAND, Commissioner, New York